# Exhibit "A"



# Exhibit "B"



# Exhibit "C"





# Exhibit "D"



